IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CANTRICE GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 1:18cv52-ECM |
| ) | |
| AETNA LIFE INS. CO., ) | |
| ) | |
| Defendant. ) | |

**OPINION and ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on December 18, 2018, (doc. 25) that the defendant's motion to dismiss be granted because the plaintiff did not exhaust her administrative remedies. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED as that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the defendant's motion to dismiss (doc. 11) be and is hereby GRANTED, and this case be and is hereby DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 7th day of January, 2019.

                         /s/ Emily C. Marks
                         EMILY C. MARKS
                         UNITED STATES DISTRICT JUDGE